AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of  NEVADA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:16-mj-00301-NJK |
| | ) | |
| MICHAEL ANTHONY PEBLEY | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | | |
|---|---|---|
| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101<br>before: Magistrate Judge Nancy J. Koppe | Courtroom No.:      3B |
| | | Date and Time:      05/16/2016 at 1:00 p.m. |

   **IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:      May 13, 2016

_____
*Judge's signature*

NANCY J. KOPPE, U.S. Magistrate Judge

*Printed name and title*



_x_ FILED          ___ RECEIVED
___ ENTERED       ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 13, 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY