RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Michael Pebley

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-301-NJK |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF RELEASE** |
| v. | |
| MICHAEL PEBLEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Alexandra Michael, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Michael Pebley, to modify the condition of release.

This Stipulation is entered into for the following reasons:

1. On May 16, 2016, the Court ordered Mr. Pebley released under Pretrial Services supervision with special conditions. PR Bond # 10. One of those conditions was for Mr. Pebley to resolve any outstanding warrants within 60 days. At the time of his arrest, Mr. Pebley had a warrant from Boulder City. Since his release, he was able to quash the warrant. The Boulder City court set up a payment plan of $100 a month to satisfy the warrant.

2. Currently, pursuant to the conditions of his release, Mr. Pebley is at the halfway house on lock-down with GPS monitoring. As part of his release, the Court did not allow him to

seek and maintain employment.  Without that employment, Mr. Pebley is unable to pay the $100 a month for his Boulder City warrant.   He was told that failure to pay would result in a warrant becoming active again.

      3.     Since Mr. Pebley's release, he has been completely compliant with all the conditions of his release.  His Pretrial Services officers, Kamuela Kapanui, indicated that he has interacted with Mr. Pebley on several occasions, and he has always been respectful and had a good attitude.  Further, Pretrial Services is currently working to get Mr. Pebley evaluated for mental health and substance abuse treatment.

      4.     Given Mr. Pebley's compliance, positive attitude and that he needs the finances to stay in good standing with the Boulder City court, Mr. Pebley request that this Court modify his conditions of release to allow him to maintain or actively seek lawful and verifiable employment that is approved by Pretrial Services.

      5.     Neither the Government nor Pretrial Services oppose this requested modification.

DATED this 16th day of June, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|   */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender |   */s/ Alexandra Michael*<br>By_____<br>ALEXANDRA MICHAEL<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>MICHAEL PEBLEY,<br><br>            Defendant. | Case No. 2:16-mj-301-NJK<br><br>**ORDER** |

   IT IS THEREFORE ORDERED, that Mr. Pebley's pretrial release conditions be modified to allow him to maintain or actively seek lawful and verifiable employment that is approved by Pretrial Services.

   DATED this <u>16</u> day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

3