UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                           )<br>                        Plaintiff,         )<br>                                                           )<br>vs.                                                    )<br>                                                           )<br>MICHAEL ANTHONY PEBLEY,     )<br>                                                           )<br>                        Defendant.    )<br>_____) | 2:16-mj-00301-NJK<br><br>**O R D E R** |

Pending before the Court is Defendant's motion to modify conditions of release. Docket No. 23. The Court hereby SETS a hearing on this motion for August 23, 2016, at 2:00 p.m. in Courtroom 3A.

IT IS SO ORDERED.

DATED: August 18, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge