RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDIA A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Michael Anthony Pebley

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>MICHAEL ANTHONY PEBLEY,<br><br>           Defendant. | Case No. 2:16-mj-301-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Alexandra Michael, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Michael Anthony Pebley, that the Preliminary Hearing currently scheduled on January 10, 2017 at the hour of 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The parties are attempting to resolve this case prior to indictment.

2. This Court just released Mr. Pebley on less restrictive conditions of release. Mr. Pebley's compliance (or lack thereof) could affect the negotiations in this case, so additional time is necessary to track Mr. Pebley's compliance.

3. Defendant is not incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fourth request for continuance filed herein.

DATED this 10th day of January, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| /s/ *Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | /s/ *Alexandra Michael*<br>By_____<br>ALEXANDRA MICHAEL<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:16-mj-301-NJK |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL ANTHONY PEBLEY, | |
| Defendant. | |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 10, 2017 at the hour of 4:00 p.m., be vacated and continued to March 14, 2017, at 4:00 p.m., in Courtroom 3C.

    DATED this 10th day of January, 2017.

                                                                                       UNITED STATES MAGISTRATE JUDGE