FILED UNDER SEAL

DANIEL G. BOGDEN
United States Attorney
Alexandra Michael
Assistant United States Attorney
501 Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Michael PEBLEY ) <br> Defendant ) | | Case No. 2:16-MJ-301-NJK <br><br> PETITION FOR ACTION <br> ON CONDITIONS OF <br> <u>PRETRIAL RELEASE</u> |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Samira A. Barlow, Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 19TH day of January, 2017.

DANIEL G. BOGDEN
United States Attorney

By ____/S/_____
Alexandra Michael
Assistant U. S. Attorney

PS 8
(Revised 12/04)

## UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Michael PEBLEY                                    Docket No. 2:16-MJ-301·NJK

### Petition for Action on Conditions of Pretrial Release

COMES NOW Samira A. Barlow, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Michael Pebley, who was placed under pretrial release supervision by Your Honor in the Court at Las Vegas, Nevada, on May 16, 2016, on a Personal Recognizance Bond with the following conditions:

1. Pretrial Services supervision.
2. Shall satisfy all outstanding warrants within 60 days and provide verification to Pretrial Services.
3. Travel restricted to Clark County, Nevada.
4. Shall maintain residence at the halfway house or community corrections center as Pretrial Services considers necessary.
5. Shall pay all or part of the costs of residing at the halfway house or community corrections center based upon ability to pay.
6. Shall avoid all contact directly or indirectly with victim or potential witness in the investigation or prosecution.
7. Shall refrain from possess a firearm, destructive device, or other dangerous weapons.
8. Shall submit to drug testing required by Pretrial Services.
9. Shall pay all or part of the cost of the testing program based upon ability to pay.
10. Shall refrain from use or unlawful possession of a narcotic drug or other controlled substances unless prescribed by a licensed medical practitioner.
11. Shall refrain from any use of alcohol.
12. Shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances and alcohol.
13. Shall submit to a mental health evaluation and/or substance abuse assessment and follow up treatment as directed by Pretrial Services.
14. Shall pay all or part of the cost of the medical or psychiatric treatment program or evaluation based upon his ability to pay determined by Pretrial Services.
15. Shall participate in one of the following location monitoring program components and abide by its requirements as Pretrial Services instructs.
    - Home Incarceration = Defendant is restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.
    - Global Positioning Satelite (GPS)
    - Shall not tamper with, damage or remove the monitoring device and shall charge the said equipment according to the instructions provided by Pretrial Services.

On August 18, 2016, Your Honor modified the defendant's bond by removing the following conditions:

1. Shall maintain residence at the halfway house or community corrections center as Pretrial Services considers necessary.
2. Shall pay all or part of the costs of residing at the halfway house or community corrections center based upon ability to pay.

On the same date, Your Honor added the following conditions:

1. Defendant is required to reside with his fiance's family in Golden Valley, Arizona and may not move without prior approval from U.S. Pretrial Services.
2. Home Detention condition is modified to include the boundaries of the land/property owned by the defendant's fiance's family at the Golden Valley residence.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. On January 1, 2017, the defendant was arrested for Failure to Appear – Second Degree by the Lake Havasu City Police Department in Arizona.
2. On January 16, 2017, the defendant was arrested for Aggravated Driving Under the Influence – Passenger Under 15 by the Kingman Police Department in Arizona.

**PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE SET TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this ___20th___ day of January 2017, and ordered filed and made a part of the records in the above case.

_____
Honorable Nancy J. Koppe
United States Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct.
Executed on this 17th day of January 2017.

Respectfully Submitted,

_____
Samira A. Barlow
United States Pretrial Services Officer
Place: Las Vegas, Nevada