**FILED UNDER SEAL**

D/NV Form
Rev. March 2017

# United States District Court
# for
# the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Michael Anthony Pebley**

Case Number:  **2:16-00301M**

Name of Sentencing Judicial Officer: **Honorable Nancy J Koppe**

Date of Original Sentence: **May 8, 2017**

Original Offense:          **Ct. 1:  Assault by Striking, Beating and Wounding, a Class A Misdemeanor**

**Ct. 2:  Disorderly Conduct, a Class B Misdemeanor**

Original Sentence: **10 Months prison, followed by 12 Months TSR.**

Date Supervision Commenced: **November 8, 2017 (in the District of Arizona)**

Name of Assigned Judicial Officer: **Honorable Nancy J. Koppe**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Standard Condition #2: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.**

    On November 26, 2017, U.S. Probation Officer Leslie Cooper of the District of Arizona left a message directing the offender to contact her.  He failed to contact Officer Cooper as of December 1, 2017.

2. **Standard Condition #5: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

   On November 26, 2017, USPO Cooper was notified by the offender's grandmother than he was kicked out of the residence after items were found to be missing. He has not reported this change in residence and his whereabouts is unknown.

3. **Special Condition #2: Mental Health Treatment - You shall participate in and successfully complete a mental health treatment program, which may include testing, evaluation, and/or outpatient counseling, as approved and directed by the probation office. You shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants while participating in mental health treatment. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon your ability to pay.**

   On November 16, 2017, Officer Cooper directed the offender to begin mental health counseling services. The offender has failed to provide Officer Cooper with documentation related to enrollment in mental health treatment programming as directed.

4. **Special Condition #5: Substance Abuse Treatment - You shall participate in and successfully complete a substance abuse treatment and/or cognitive based life skills program, which will include drug/alcohol testing and/or outpatient counseling, as approved and directed by the probation office. You shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants while participating in substance abuse treatment. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon your ability to pay.**

   On November 16, 2017, Officer Cooper directed the offender to begin mental health counseling services. The offender has failed to provide Officer Cooper with documentation related to enrollment in substance abuse treatment programming as directed.

RE: Michael Anthony Pebley

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be: ☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **December 1, 2017**

*signature*  Branndon S. Phillips
2017.12.04 08:05:02 -08'00'

Scott Phillips
Senior U.S. Probation Officer

Approved:

*signature*  Robert G. Aquino
2017.12.04 08:21:12 -08'00'

Robert Aquino
Supervising U.S. Probation Officer

---

*THE COURT ORDERS*

☐ No Action.
X The issuance of a warrant.
☐ The issuance of a summons.
☐ Other:

*signature*

Signature of Judicial Officer

December 4, 2017
Date

Prob12C
D/NV Form
Rev. March 2017

RE: Michael Anthony Pebley

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. MICHAEL ANTHONY PEBLEY, 2:16-00301M

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### December 1, 2017

Mr. Pebley's criminal history relates to the following convictions:

- Shoplifting
- Possession of Drug Paraphernalia
- Driving While Suspended
- Contributing to Delinquency of Minor
- Multiple related alcohol offenses
- Theft

He has prior arrests for: Truancy, Sexual Assault, Possession of Drug Paraphernalia, DUI with a Passenger under 15 years and Drug Paraphernalia.

Additionally, in the instant offense he was released on pre-trial bond supervision. On February 2, 2017, his pretrial bond was revoked and he was ordered detained.

In light of Mr. Pebley's instant violent offense; his prior history of failing to comply with the Court's orders (while on pretrial bond supervision), and his whereabouts are currently unknown, this officer respectfully requests a warrant be issued to address his violation conduct. Our office further recommends that he remain in custody pending final resolution of this matter.

Respectfully submitted,

Branndon S. Phillips
2017.12.04
08:05:23 -08'00'

Scott Phillips
Senior U.S. Probation Officer

Approved:

_____
Robert Aquino
Supervising U.S. Probation Officer