Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR MODIFICATION
## TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
*Probation Form 49 (Waiver of Hearing) is Attached*
**January 3, 2018**

Name of Offender: **Michael Anthony Pebley**

Case Number: **2:16-00301M**

Name of Sentencing Judicial Officer: **Honorable Nancy J Koppe**

Date of Original Sentence: **May 8, 2017**

Original Offense: **Assault by Striking, Beating and Wounding, a Class A Misdemeanor**

Original Sentence: **10 Months prison, followed by 12 Months TSR.**

Date Supervision Commenced: **December 15, 2017**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center 120 days. You must follow the rules and regulations of the center.

## CAUSE

On December 21, 2017, Mr. Pebley appeared before the Court for his Final Revocation Hearing. The alleged violation conduct consisted of the following:

☐ Failing to report to U.S. Probation Officer Leslie Cooper of the District of Arizona
☐ Failing to notify U.S. Probation Officer Leslie Cooper his change in residence status
☐ Failure to participate in mental health treatment services
☐ Failure to participate in substance abuse treatment/cognitive based life skills services

Mr. Pebley stipulated to the alleged violation conduct. Counsels jointly requested the sentencing component of this hearing be continued. During the interim, Mr. Pebley be placed at a residential reentry facility on a lockdown type of status, unless away for rehabilitative

programming and drug testing. The Court adopted counsel's recommendation. The sentencing component of this matter was continued to March 7, 2018 at 10 a.m.

On December 22, 2017, Mr. Pebley was temporarily placed by U.S. Probation Pretrial Services at Geo Residential Reentry Center for 30 days. To fulfill the Court's order's for him to reside at the RRC and participate in rehabilitative programming, a waiver of hearing was presented to Mr. Pebley for him to reside at the RRC for up to 120 days. Mr. Pebley signed the waiver of hearing agreeing to comply with the proposed added condition of supervised release.

Respectfully submitted,

Branndon S. Phillips
2018.01.03 14:27:06
-08'00'

Scott Phillips
Senior U.S. Probation Officer

Approved:

Robert G. Aquino
2018.01.03 14:48:13
-08'00'

Robert Aquino
Supervising U.S. Probation Officer

## THE COURT ORDERS

☐ No Action.
☐ The extension of supervision as noted above.
☒ The modification of conditions as noted above
☐ Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

Signature of Judicial Officer

January 4, 2018

Date